IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUSSELL WILLIAM BRADLEY,

    Plaintiff,

vs.                                        CASE NO. 3:11cv275/RS-EMT

BRIAN JAMES HOOPER,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on September 12, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**